IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL § | | |
| SPECIALTY LINES INS. CO. § | | PLAINTIFF |
| § | | |
| v. § | CIVIL ACTION NO. 1:05CV407-LG-RHW | |
| § | | |
| THE M/V IGNALINA, *IN REM* § | | DEFENDANT |

## ORDER GRANTING MOTION TO DISMISS

**BEFORE THE COURT** is the Motion to Dismiss without Prejudice [30] filed by Plaintiff American International Specialty Lines Ins. Co., which is unopposed. Upon reviewing the submissions of the parties and the record in this case, the Court finds that the Motion to Dismiss should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss without Prejudice [30] filed by Plaintiff American International Specialty Lines, Inc., is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2008,

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE