IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL | § | |
| SPECIALTY LINES INS. CO. | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:05CV407-LG-RHW |
| | § | |
| THE M/V IGNALINA, *IN REM* | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss without Prejudice [30] filed by Plaintiff American International Specialty Lines Ins. Co., the Court, after a full review and consideration of Plaintiff's Motion and the pleadings on file, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**. Any remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2008,

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE